IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-CR-00315-RJC-DCK

| | |
|---|---|
| USA | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| RASHAD SHAREEF BECKETT | ) |
| | ) |

**THIS MATTER** is before the Court upon motion of the defendant for early termination of supervised release. (Doc. No. 2).

Because this case was transferred for supervision from the Eastern District of North Carolina, (Doc. No. 1), no attorney for the government has entered an appearance in this District.

**IT IS, THEREFORE, ORDERED** that the government shall file a response to the Motion for Early Termination of Supervised Release within thirty (30) days of the entry of this Order.

The Clerk is directed to certify copies of this order to counsel for the defendant, to the United States Attorney, and the United States Probation Office.

Signed: October 30, 2019

Robert J. Conrad, Jr.
United States District Judge